NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERTO JUNIOR CABALLERO,       )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D18-3636
                                )
AZLYNN BLAIR STREADY,           )
                                )
          Appellee.             )
                                )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Collier
County; Elizabeth V. Krier, Judge.

Michael Mummert, Naples, for
Appellant.

Jorge W. Odriguez-Sierra of The Law Office
of Jorge W. Rodriguez-Sierra, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, LaROSE, and VILLANTI, JJ., Concur.